FILED
CLERK, U.S. DISTRICT COURT
DEC 11 2015
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. CR 07-684 ODW |
| v. | ) |
| Francisco Javier Perez Rivera | ) ORDER OF DETENTION |
| | ) [Fed. R. Crim. P. 32.1(a)(6); |
| Defendant. | ) 18 U.S.C. § 3143 (a)] |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _defendant's submission to detention, unknown background information, prior deportation, the pretrial services report and recommendation_

and/or

B. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on *defendant's submission to detention, present allegations, the pretrial services report and recommendation.*

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 12/11/2015

~~MICHAEL R. WILNER~~
UNITED STATES MAGISTRATE JUDGE
Alexander F. MacKinnon